IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
JAN 03 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN BROOKS,<br><br>Defendant. | CR 18–21–BU–DLC–2<br><br>ORDER |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on November 5, 2018. (Doc. 44.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 48-1.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and 2, and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture (Doc. 49) is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- United States Currency in the amount of $56,456.00.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 3rd day of January, 2019.

/s/ Dana L. Christensen

Dana L. Christensen, Chief Judge
United States District Court